## HARRISON ET AL. *v.* SCHAEFER ET AL.

No. 854.   Decided February 28, 1966.

*Thomas O. Miller* for appellants.

*A. G. McClintock* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.